# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>HOMEBANC MORTGAGE CORPORATION, *et al.*,<br><br>                             Debtors. | Case. No. 07-11079 (KJC)<br>(Jointly Administered)<br><br>Chapter 7 |
| GEORGE L. MILLER, Chapter 7 Trustee of Homebanc Mortgage Corporation, *et al.*,<br><br>                             Plaintiff,<br>  v.<br><br>PJKI LLC,<br><br>                             Defendant. | Adv. No. 10-50449 (KJC) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), made applicable to the instant proceeding by Fed. R. Bankr. P. 7041, Plaintiff, George L. Miller, Chapter 7 Trustee of the bankruptcy estates of Homebanc Mortgage Corporation, *et al.*, by and through his undersigned attorneys, hereby dismisses the above-captioned adversary proceeding without prejudice.

| | |
|---|---|
| Dated: April 30, 2010 | EDWARDS ANGELL PALMER & DODGE LLP<br><br>By:   /s/ *R. Craig Martin*<br>      R. Craig Martin (Del. Bar No. 5032)<br>      Aleine M. Porterfield (Del. Bar No. 5053)<br>      919 North Market Street, Suite 1500<br>      Wilmington, DE 19801<br>      Telephone: (302) 777-7770<br>      Facsimile: (302) 777-7263<br>      rcmartin@eapdlaw.com<br>      aporterfield@eapdlaw.com<br><br>      *Counsel to George L. Miller, Chapter 7 Trustee of Homebanc Mortgage Corporation, et al.* |